HONORABLE JUDGE STANLEY A. BASTIAN

Heather C. Yakely, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorney for Spokane County Defendants
hyakely@ecl-law.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GAYLE ROBERT ANEST, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>SPOKANE COUNTY, SPOKANE COUNTY SHERIFF'S OFFICE, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, individually and in his official capacity, SPOKANE VALLEY POLICE DEPARTMENT, DEPUTY JEFFREY THURMAN, individually and in his official capacity, DEPUTY SPENCER RASSIER, individually and in his official capacity, DEPUTIES JOHN & JANE DOES 1-10, and JUSTIN ANEST, a single person,<br><br>Defendants. | Case No.  2:18-cv-00129-SAB<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |

NOTICE OF UNAVAILABILITY OF COUNSEL - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

PLEASE TAKE NOTICE that the undersigned counsel for Spokane County Defendants will be unavailable on the following dates:

**July 6, 2018 to August 3, 2018.**

Counsel respectfully requests that no hearings be scheduled and that no motions, discovery requests, or other documents that require a response be served on the undersigned during the above time periods.

DATED this 7th day of May, 2018.

EVANS, CRAVEN & LACKIE, P.S.

By____s/ Heather C. Yakely____
Heather C. Yakely, #28848
Attorney for Defendant Spokane County
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

NOTICE OF UNAVAILABILITY OF COUNSEL - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

Douglas D. Phelps:    phelps@phelpslaw1.com

EVANS, CRAVEN & LACKIE, P.S.

By   s/ Heather C. Yakely
Heather C. Yakely, #28848
Attorneys for Spokane County Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632