FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GAYLE ROBERT ANEST, a single person,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY, SPOKANE COUNTY SHERIFF'S OFFICE, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, individually and in his official capacity, SPOKANE VALLEY POLICE DEPARTMENT, DEPUTY JEFFREY THURMAN, individually and in his official capacity, DEPUTY SPENCER RASSIER, individually and in his official capacity, DEPUTIES JOHN & JANE DOES 1-10, and JUSTIN ANEST, a single person,<br><br>    Defendants. | NO. 2:18-cv-00129-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANT JUSTIN ANEST** |

Before the Court is the parties' Stipulated Motion for Dismissal of Defendant Justin Anest, ECF No. 27. The motion was heard without oral argument.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANT JUSTIN ANEST** ~ 1

The parties stipulate that all of Plaintiff's claims against Defendant Justin Anest be dismissed with prejudice and without an award of attorney's fees or costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal of Defendant Justin Anest, ECF No. 27, is **GRANTED**.

2. Defendant Justin Anest is **DISMISSED** with prejudice and without attorney's fees or costs to either party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 10th day of December 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DEFENDANT JUSTIN ANEST ~ 2**