UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GAYLE ROBERT ANEST, a single person,<br><br>  Plaintiff,<br><br>  v.<br><br>SPOKANE COUNTY, SPOKANE COUNTY SHERIFF'S OFFICE, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, individually and in his official capacity, SPOKANE VALLEY POLICE DEPARTMENT, DEPUTY JEFFREY THURMAN, individually and in his official capacity, DEPUTY SPENCER RASSIER, individually and in his official capacity, DEPUTIES JOHN & JANE DOES 1-10,<br><br>  Defendants. | NO. 2:18-cv-00129-SAB<br><br>**ORDER DENYING STIPULATED MOTON FOR ENTRY OF PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion for Entry of Protective Order, ECF No. 39. The motion was heard without oral argument. Plaintiff is

**ORDER DENYING STIPULATED MOTON FOR ENTRY OF PROTECTIVE ORDER** ~ 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2020

SEAN F. McAVOY, CLERK

represented by Douglas D. Phelps. Defendants are represented by Heather C. Yakely.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties, which sets out conditions regarding discovery produced during the course of the litigation. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Entry of Protective Order, ECF No. 39, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 3rd day of February 2020.



Stanley A. Bastian
United States District Judge

**ORDER DENYING STIPULATED MOTON FOR ENTRY OF PROTECTIVE ORDER** ~ 2