FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GAYLE ROBERT ANEST, a single person,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SPOKANE COUNTY, SPOKANE COUNTY SHERIFF'S OFFICE, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, individually and in his official capacity, SPOKANE VALLEY POLICE DEPARTMENT, DEPUTY JEFFREY THURMAN, individually and in his official capacity, DEPUTY SPENCER RASSIER, individually and in his official capacity, DEPUTIES JOHN & JANE DOES 1-10,<br><br>　　　　Defendants. | NO. 2:18-CV-00129-SAB<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 52. The motion was heard without oral argument. Defendants did not file any response to the motion.

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** ~ 1

Plaintiff passed away on December 18, 2020. On January 5, 2021, Eric M. Anest was appointed Administer of the Estate. He has chosen to continue this lawsuit on behalf of Plaintiff and his Estate's interests, and he asks for leave to file an Amended Complaint. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion For Leave to File Amended Complaint, ECF No. 52, is **GRANTED**.

2. Mr. Anest is granted to leave to file an Amended Complaint on behalf of the Estate of Gayle Robert Anest.

3. Within **ten (10) days** from the date of this Order, the parties are directed to file a status certificate regarding Plaintiff's Motion to Compel/Extend Discovery Deadline, ECF No. 49.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 22nd day of February 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT ~ 2**