FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF GAYLE ROBERT ANEST, deceased, through Eric M. Anest as the Administrator of his Estate,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY, SPOKANE COUNTY SHERIFF'S OFFICE, SPOKANE COUNTY SHERIFF OZZIE KNEZOVICH, individually and in his official capacity, SPOKANE VALLEY POLICE DEPARTMENT, DEPUTY JEFFREY THURMAN, individually and in his official capacity, DEPUTY SPENCER RASSIER, individually and in his official capacity, DEPUTIES JOHN & JANE DOES 1-10,<br><br>    Defendants. | NO. 2:18-CV-00129-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Stipulated Order of Dismissal With Prejudice, ECF No. 69. The parties report they have settled the above-captioned action and they stipulate to the entry of an Order of Dismissal with Prejudice and without costs or attorney fees to either party.

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Order of Dismissal With Prejudice, ECF No. 69, is **GRANTED**.

2. The December 13, 2021 jury trial and all related deadlines are **stricken**.

3. The above-captioned action is **DISMISSED, with prejudice** and without costs or attorney fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 16th day of September 2021.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**